**Order entered May 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00877-CR

### MICHAEL GLEN GARZA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 354th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 31429**

## ORDER

Before the Court is appellant's April 23, 2019 motion to substitute counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to **REMOVE** Jason Duff and **SUBSTITUTE** F. Clinton Broden as counsel for appellant. All future correspondence should be sent to F. Clinton Broden; Broden &Mickelsen; 2600 State Street; Dallas, Texas 75204; telephone: (214) 720-9552; facsimile: (214) 720-9594; email: clint@texascrimlaw.com.

/s/     LANA MYERS
JUSTICE